*Pro Per*

FILED —— ENTERED
LODGED —— RECEIVED

JUN 05 2023    CR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere

Plaintiffs,

v.

LISA JANICKI, RONALD WESEN, PETER BROWNING, DONALD MCDERMOTT, RICHARD WEYRICH, and SANDRA PERKINS

Defendants

CASE NO. 2:23-cv-00832-RSL

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

**JURY TRIAL <u>YES</u>**

## I.    THE PARTIES TO THIS COMPLAINT

**A.    Plaintiff(s)**

1)    Name:            Cody R. Hart
      Street Address    901 Metcalf Street #71
      City and County   Sedro-Woolley, County of Skagit
      State and Zip Code Washington, [98284]

2)    Name:            Derrill J. Fussell
      Street Address    929 E. College Way
      City and County   Mount Vernon, County of Skagit
      State and Zip Code Washington, [98273]

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Per*

3)  Name:               Kevin S. Ewing
    Street Address      929 E. College Way
    City and County     Mount Vernon, County of Skagit
    State and Zip Code  Washington, [98273]

4)  Name:               Timothy Garrison
    Street Address      929 E. College Way
    City and County     Mount Vernon, County of Skagit
    State and Zip Code  Washington, [98273]

5)  Name:               Steven Rindal
    Street Address      929 E. College Way
    City and County     Mount Vernon, County of Skagit
    State and Zip Code  Washington, [98273]

6)  Name:               Kathy LaFreniere
    Street Address      929 E. College Way
    City and County     Mount Vernon, County of Skagit
    State and Zip Code  Washington, [98273]

**B.    Defendant(s)**

1)  Name:               Lisa M. Janicki (Official Capacity)
    Street Address      P.O. Box 1306 Administration Building, Room 201
    Street Address      700 S. Second Street
    City and County     Mount Vernon, County of Skagit
    State and Zip Code  Washington, 98273
    Telephone Phone     360-416-1300

2)  Name:               Ronald G. Wesen (Official Capacity)
    Street Address      P.O. Box 1306 Administration Building, Room 201
    Street Address      700 S. Second Street
    City and County     Mount Vernon, County of Skagit
    State and Zip Code  Washington, 98273
    Telephone Phone     360-416-1300

3)  Name:               Peter A. Browning (Official Capacity)
    Street Address      P.O. Box 1306 Administration Building, Room 201
    Street Address      700 S. Second Street
    City and County     Mount Vernon, County of Skagit
    State and Zip Code  Washington, 98273
    Telephone Phone     360-416-1300

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Per*

| | | |
|---|---|---|
| 4) | Name: | Donald L. McDermott (Official Capacity) |
| | Street Address | P.O. Box 1306 Administration Building, Room 201 |
| | Street Address | 700 S. Second Street |
| | City and County | Mount Vernon, County of Skagit |
| | State and Zip Code | Washington, 98273 |
| | Telephone Phone | 360-416-1600 |
| | | |
| 5) | Name: | Richard A. Weyrich (Official Capacity) |
| | Street Address | P.O. Box 1306 Administration Building, Room 201 |
| | Street Address | 700 S. Second Street |
| | City and County | Mount Vernon, County of Skagit |
| | State and Zip Code | Washington, 98273 |
| | Telephone Phone | 360-416-1600 |
| | | |
| 6) | Name: | Sandra F. Perkins (Official Capacity) |
| | Street Address | P.O. Box 1306 Administration Building, Room 201 |
| | Street Address | 700 S. Second Street |
| | City and County | Mount Vernon, County of Skagit |
| | State and Zip Code | Washington, 98273 |
| | Telephone Phone | 360-416-1600 |

## III.    JURISDICTION AND VENUE

1.    Plaintiffs are all United States Citizens of the State of Washington.

2.    Plaintiffs are all residents of Skagit County who qualify as "any person" as defined in RCW 42.08.020 with standing to seek relief.

3.    Defendants Lisa Janicki, Ronald Wesen, Peter Browning, Donald McDermott, Richard Weyrich, and Sandra Perkins are each a "public officer" required to abide by the requirements of the Laws of the State of Washington, including the Oath of Office requirements of the Constitution and Official Bond requirements of RCW 42.08.

4.    This case involves violations of 42 U.S.C. § 1983, by local officials for the deprivation of any rights, privileges, or immunities secured by the Constitution and federal laws.

5.    This case involves violations of 18 U.S.C. § 241 Conspiracy Against Rights, which is a federal question giving this Court jurisdiction pursuant to 28 U.S.C. § 1331

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

*Pro Per*

6. This case involves violations of 18 U.S.C. § 245 Federally protected activities, which is a federal question giving this Court jurisdiction pursuant to 28 U.S.C. § 1331

7. This case involves violations of the United States Constitution ArtVI.C3.1.1, and the 14th Amendment to the United States Constitution, which are federal questions giving this Court jurisdiction pursuant to 28 U.S.C. § 1331.

8. Venue is proper before this Court because the facts and causes of action described herein took place within the Western District of Washington.

## II. INTRODUCTION

9. Defendants LISA JANICKI, RONALD WESEN, and PETER BROWNING are Skagit County Commissioners who as members of the Skagit County Legislative body are responsible for approving the legal use of public funds and resources, including the use of County Legal services, and are required to request and approve the use of public funds only for lawful purposes, are sued in their Official Capacities.

10. Defendant RICHARD WEYRICH is the Skagit County Prosecuting Attorney, and in that capacity serves as a legal advisor to Skagit County public officials including the Commissioners, Sheriff, and Auditor for the approval of public funds for Skagit County Legal services, is required to request and approve the use of public funds only for lawful purposes, and is sued in his Official Capacity.

11. Defendant DONALD MCDERMOTT is the Skagit County Sheriff, and in that capacity is required to request and approve the use of public funds only for lawful purposes, and is sued in his Official Capacity.

12. Defendant SANDRA PERKINS is the Skagit County Auditor, and in that capacity is required to request and approve the use of public funds only for lawful purposes, and is sued in her Official Capacity.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Per*

13.    This is an action under the 42 U.S.C. 1983 concerning Skagit County Commissioners; LISA JANICKI, RONALD WESEN, PETER BROWNING, Skagit County Prosecuting Attorney RICHARD WEYRICH, Skagit County Sheriff DONALD MCDERMOTT, and Skagit County Auditor SANDRA PERKINS, who as local public officials neglected their duty, misappropriated public funds for private benefit, falsified public accounts, violated their oath of office and who have and continue to commit Civil Right Violations.

14.    The Plaintiffs allege that the Defendants knowingly and intentionally misappropriated public funds and resources for their personal benefit in violation of the law and have used and continue to use these stolen funds and resources to oppress the voting rights of the Plaintiffs, oppress the Plaintiffs' rights to campaign as candidates for vacated public offices, and are using the stolen powers of the Government to obstruct elections all while masquerading themselves as public officials and are oppressing the Civil Rights of the Plaintiffs and all United States Citizens who reside in Skagit County Washington.

15.    The Plaintiffs also allege that the Defendants have and continue to conspire with other Government officials in local governments throughout the County to obstruct and conceal their theft of public funds, conceal their election crimes, conceal the Civil Rights violations that are occurring, and to use the force and powers of the Government to suppress the U.S. Constitution and prevent a lawfully elected government in Skagit County.

## IV.    FACTS

16.    On or about February 6, 2023, Plaintiff Cody Hart, filed a complaint with the Snohomish County Superior Court, Case 23-2-00891-3, against Skagit County Commissioners Ronald Wesen, Peter Browning, and Lisa Janicki that included accusations of Official Misconduct, that their public offices had been vacated because of their neglect of duty, elections are necessary, and requested a Judgement they no longer had a right to be in office.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

*Pro Per*

17.     On or about March 3, 2023, the Plaintiff became aware from court documents in response to his complaint that the public office of Skagit County Prosecuting Attorney began providing tax-funded legal services to the Defendants including providing county resources such as equipment, facilities, manpower, and funding professional representation by a Skagit County Deputy Prosecuting Attorney to the Defendants for the Snohomish County case 23-2-000891-3.

18.     On or about March 6, 2023, Plaintiffs; Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere filed a complaint with the U.S. District Court Western District of Washington, Case 2:23-cv-309-TLF, against Defendants Skagit County Commissioners that included accusations that they had committed neglect of duty, their public offices had been vacated, elections are necessary, and requested a Judgement they no longer had a right to be in office.

19.     On or about March 24, 2023, (Dkt. #7), the Plaintiffs and U.S. District Court Judge were informed in signed court documents in response to case 2:23-cv-309-TLF complaint that the public office of Skagit County Prosecuting Attorney was providing legal services for the Defendants including providing professional representation by a Skagit County Deputy Prosecuting Attorney to the Defendants for the U.S. District Court Case 2:23-cv-309-TLF.

20.     On or about March 6, 2023, Plaintiffs; Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere filed a complaint with the U.S. District Court Western District of Washington, Case 2:23-cv-311-JHC, against Defendant Skagit County Prosecutor that included accusations that he had committed neglect of duty, his public office had been vacated, an election was necessary, and requested a Judgement he no longer had a right to be in office.

21.     On or about March 24, 2023, (Dkt. #8), the Plaintiffs and U.S. District Court Judge were informed in signed court documents in response to case 2:23-cv-311-JHC complaint that the public office of Skagit County Prosecuting Attorney was providing legal services for the

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

*Pro Per*

Defendants including providing professional representation by a Skagit County Deputy Prosecuting Attorney to the Defendants for the U.S. District Court Case 2:23-cv-311-JHC.

22.    On or about March 6, 2023, Plaintiffs; Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere filed a complaint with the U.S. District Court Western District of Washington, Case 2:23-cv-312-JHC, against Defendant Skagit County Auditor that included accusations that she had committed neglect of duty, her public office had been vacated, an election was necessary, and requested a Judgement she no longer had a right to be in office

23.    On or about March 17, 2023, Plaintiffs; Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere filed a complaint with the U.S. District Court Western District of Washington, Case 2:23-cv-404-RSL, against Defendants LISA JANICKI, SANDRA PERKINS, RONALD WESEN, and PETER BROWNING that included accusations that they had committed official misconduct and election crimes.

24.    On or about March 24, 2023, (Dkt. #6), the Plaintiffs became aware from court documents in response to their complaint that the public office of Skagit County Prosecuting Attorney began providing tax-funded legal services to the Defendants including providing county resources such as equipment, facilities, manpower, and funding professional representation by a Skagit County Deputy Prosecuting Attorney to the Defendants for the U.S. District Court Case 2:23-cv-404-RSL.

25.    On or about March 24, 2023, (Dkt. #6), the Plaintiffs and U.S. District Court Judge were informed in signed court documents in response to case 2:23-cv-312-JHC complaint that the public office of Skagit County Prosecuting Attorney was providing legal services for the Defendants including providing professional representation by a Skagit County Deputy Prosecuting Attorney to the Defendants for the U.S. District Court Case 2:23-cv-312-JHC

26.    On or about March 27, 2023, the U.S. District Court Western District of Washington ordered a Joint Status Report and Discovery Plan. (Dkt. #7),   During this conference,

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Per*

Skagit County Deputy Prosecuting Attorney falsely reported that he had authorization to represent the Skagit County Defendants in Case 2:23-cv-404-RSL.

27.     On or about April 3, 2023, Plaintiffs; Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere filed a complaint with the U.S. District Court Western District of Washington, Case 2:23-cv-503-RSM, against Defendants Skagit County Sheriff and Skagit County Prosecutor that included accusations that they had committed official misconduct, election crimes, civil rights violations, that their public office had been vacated, and requested a Judgement they no longer had a right to be in office.

28.     On or about April 13, 2023, Plaintiffs; Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere filed an Emergency Motion, (Dkt. #16), with the U.S. District Court Western District of Washington, Case 2:23-cv-503-RSM, notifying the Court that vacated public offices were not being announced, potential candidates such as the Plaintiffs where not being allowed to campaign, that the candidate filing deadline of May 19, 2023 needed extended, and that the Plaintiffs rights to campaign and conduct elections was being violated.

29.     On or about April 18th, 2023, Plaintiffs received a copy of an April 17th Skagit County Commissioner meeting minutes[1] provided in Exhibit 1 (Dkt. #16, 23-cv-00503-RSM), that indicates that on April 17th, after tax funds and resources had already been utilized, authorization for the office of Skagit County Prosecutor to provide Legal Services to Defendants in the Plaintiffs cases including Snohomish County Case 23-2-00891-31, and U.S. District Court Western District of Washington cases 23-cv-00309-MJP, 23-cv-00311-MJP, 23-cv-00312-MJP, 23-cv-00404-RSL, and 23-cv-00503-RSM.

30.     On or about April 18, 2023 Plaintiffs obtained a copy of Skagit County Municipal Code Chapter 2.20, INDIVIDUAL LIABILITY OF COUNTY OFFICIALS, (Dkt. #16, 23-cv-00503-RSM) that states

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

*Pro Per*

*Legal services will not be provided to officers, employees or volunteers of the county to defend a charge of official misconduct, willful misconduct or to defend the right to hold office.*

31.    Upon review of the causes of action for Snohomish County Case 23-2-00891-31, and U.S. District Court Western District of Washington Cases 23-cv-00309-MJP, 23-cv-00311-MJP, 23-cv-00312-MJP, and 23-cv-00503-RSM, the Plaintiffs identified all of the cases included charges of official misconduct and/or to challenge the Defendants right to hold office, and as a result, all of these cases directly involve the election rights of the Plaintiffs, and the rights of the Plaintiffs to campaign for vacated public offices.

32.    On or about April 24, 2023, (Dkt. #24),  Plaintiffs; Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere filed Exhibit 7 from the Skagit County Commissioner's meeting dated April 17th, 2023 showing the Defendants violation of Skagit County Prosecuting Attorney or Deputy Prosecuting Attorney legal right to represent Defendants in U.S. District Court Western District of Washington in cases 2:23-cv-404-RSL, 2:23-cv-312-JHC, 2:23-cv-311-JHC, 2:23-cv-309-TLF, Case 2:23-cv-503-RSM.

33.    On May 15, 2023 Skagit County Elections opened the first day of online and in-person candidate filing however, none of the Defendants had announced any openings or vacancies for any County position of Skagit County Commissioner, Skagit County Prosecuting Attorney, Skagit County Sheriff or Skagit County Auditor so no candidates were allowed to file to be a candidate for any of these public offices.

34.    On May 19, 2023 Skagit County Elections closed candidate filing without allowing any candidates to file any vacated Skagit County public offices including; Skagit County Commissioner, Skagit County Prosecuting Attorney, Skagit County Sheriff or Skagit County Auditor for the August, 2023 primary election.

---

[1] Attached exhibits include 1) April 17, 2023 Signed County Approval for Legal Services 2) Plaintiff Affidavits 3) Notice of Pendency 4) Notice of Intent to Join

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 9

*Pro Per*

## V.    CAUSE OF ACTION

### FIRST CAUSE OF ACTION
(18 U.S.C. 47 Fraud and False Statements)

35.    Plaintiffs re-allege Paragraphs 1 through 34 and incorporate them as if set forth fully herein.

36.    By their fraud and false statements to the U.S District Court Western District of Washington that the Public office of Skagit County Prosecuting Attorney, including the Skagit County Deputy Prosecuting Attorney had legal authority to represent the Defendants in U.S. District Court Western District of Washington prior to the April 17, 2023 county signed approval, for cases 23-cv-00309-MJP, 23-cv-00311-MJP, 23-cv-00312-MJP, 23-cv-00404-RSL, and 23-cv-00503-RSM, Defendants violated 18 U.S.C. 47, and created a Cause of Action.

### SECOND CAUSE OF ACTION
(Skagit County Code 2.20: Individual Liability of County Officers)

37.    Plaintiffs re-allege Paragraphs 1 through 36 and incorporate them as if set forth fully herein.

38.    By approving the use of County legal services for Defendants ineligible complaints of official misconduct and to challenges to their right to hold office, Defendants violated Skagit County Code 2.20, and created a Cause of Action.

### THIRD CAUSE OF ACTION
(RCW 42.20.060 Falsely auditing and paying claims)

39.    Plaintiffs re-allege Paragraphs 1 through 38 and incorporate them as if set forth fully herein.

40.    By knowingly approving funds ineligible legal services to defend against Plaintiffs complaints of official misconduct and challenges to the Plaintiffs right to hold office, Defendants violated RCW 42.20.060, and created a Cause of Action.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 10

*Pro Per*

## FOURTH CAUSE OF ACTION
(RCW 42.20.070 Misappropriation and falsification of accounts by public officer)

41.     Plaintiffs re-allege Paragraphs 1 through 40 and incorporate them as if set forth fully herein.

42.     By appropriation of County legal service funds to his or her own use or the use of Defendants not entitled, Defendants violated RCW 42.20.070, and created a Cause of Action.

## FIFTH CAUSE OF ACTION
(RCW 9A.80.010 Official Misconduct)

43.     Plaintiffs re-allege Paragraphs 1 through 42 and incorporate them as if set forth fully herein.

44.     By their unauthorized act under color of law to provide County legal services to Defendants ineligible complaints, Defendants intended to obtain a benefit or to intentionally deprive Plaintiffs of lawful rights the legal services were intended to obstruct, Defendants violated RCW 9A.80.010, and created a Cause of Action.

## SIXTH CAUSE OF ACTION
(United States Constitution 14th Amendment)

45.     Plaintiffs re-allege Paragraphs 1 through 44 and incorporate them as if set forth fully herein.

46.     By using their powers of Public Office to obstruct the Plaintiffs complaints in U.S District Court and Snohomish County cases, and to prevent criminal filing against Public Officials the Defendants created a cause of action under the United States Constitution 14th Amendment.

## SEVENTH CAUSE OF ACTION
(18 U.S.C., Section 245 - Federally Protected Activities)

47.     Plaintiffs re-allege Paragraphs 1 through 46 and incorporate them as if set forth fully herein.

48.     By their interference with the Plaintiffs right to campaign and also the Plaintiffs right to vote for vacated public offices in the August 2023 election for actual and/or potentially vacated public offices, Defendants violated 18 U.S.C. 245 and created a Cause of Action.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 11

Case 2:23-cv-00832-MJP   Document 1   Filed 06/05/23   Page 12 of 15

*Pro Per*

## EIGTH CAUSE OF ACTION
(18 U.S.C., Section 241 - Conspiracy Against Rights)

49.    Plaintiffs re-allege Paragraphs 1 through 48 and incorporate them as if set forth fully herein.

50.    By approving unauthorized use of County legal services Defendants conspired to obstruct Plaintiffs and other candidates from filing as a candidate, campaigning, and conspired to obstruct voters from voting for actual and/or potentially vacated public offices in the August 2023 primary election, Defendants violated 18 U.S.C. 241 and created a Cause of Action.

## NINTH CAUSE OF ACTION
(18 U.S.C., Section 242 - Deprivation of Rights Under Color of Law)

51.    Plaintiffs re-allege Paragraphs 1 through 50 and incorporate them as if set forth fully herein.

52.    By approving unauthorized use of County legal services to interfere with Plaintiffs challenges to Public officials right to hold office, and interfering with elections, campaigning, and voting rights of the Plaintiffs, Defendants violated 18 U.S.C. 242 and created a Cause of Action.

53.    By approving unauthorized use of County legal services to aid and defend Skagit County Sheriff and Prosecuting attorney in U.S. District Court case 23-cv-00503-RSM to deprive Plaintiff of their Rights, Defendants LISA JANICKI, RONALD WESEN, PETER BROWNING, and RICHARD WEYRICH violated 18 U.S.C. 242 and created a Cause of Action.

## TENTH CAUSE OF ACTION
(18 U.S.C. Section 1001 Statements or entries generally)

54.    Plaintiffs re-allege Paragraphs 1 through 53 and incorporates them as if set forth fully herein.

55.    By their falsifying the Public Office of Skagit County Prosecuting Attorney as their lawfully authorized legal representation to the U.S. District Court, the Defendants violated 18 U.S.C. Section 1001 Statements or entries generally and created a Cause of Action.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 12

Pro Per

## VI.   REQUEST FOR RELIEF

Wherefore, Plaintiffs respectfully request the following relief:

1.     That the Court adjudge and decree that the Defendants, LISA JANICKI, RONALD WESEN, PETER BROWNING, DONALD MCDERMOTT, RICHARD WEYRICH, and SANDRA PERKINS have engaged in the conduct complained of herein.

2.     That the Court adjudge and decree that the conduct complained of herein constitutes violation of RCW 9A.80.010 Official Misconduct.

3.     That the Court adjudge and decree that the conduct complained of herein constitutes violation of Plaintiffs rights under the United States Constitution 14th Amendment.

4.     That the Court adjudge and decree that the conduct complained of herein constitutes violation of Plaintiffs rights under 18 U.S.C., Section 245 - Federally Protected Activities.

5.     That the Court adjudge and decree that the conduct complained of herein constitutes violation of Plaintiffs rights under 18 U.S.C., Section 241 - Conspiracy Against Rights.

6.     That the Court adjudge and decree that the conduct complained of herein constitutes violation of Plaintiffs rights under 18 U.S.C. 242 - Deprivation of Rights Under Color of Law.

7.     That the Court assess civil penalties, against the Defendants LISA JANICKI, RONALD WESEN, PETER BROWNING, DONALD MCDERMOTT, RICHARD WEYRICH, and SANDRA PERKINS as proposed by the Plaintiffs.

8.     That the Court assess punitive damages, against the Defendants LISA JANICKI, RONALD WESEN, PETER BROWNING, DONALD MCDERMOTT, RICHARD WEYRICH, and SANDRA PERKINS for what has been reported in this complaint as the court finds appropriate.

9.     That this court refer this matter to an appropriate law enforcement agency for criminal investigation of what has been reported in this complaint and for other crimes as the court finds appropriate.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 13

*Pro Per*

10.     That the Court order such other relief as it may deem just to fully and properly dissipate the effects of the conduct complained of herein, or which may otherwise seem proper to this court.

## VI.     CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Dated: June 4, 2023

Respectfully submitted,

Cody R. Hart, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
info@codyhart.org
360-982-0928

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 14

Pro Per

Derrill J. Fussell, *Pro Per*
929 E. College Way
squareshooter@earthlink.net
Mount Vernon, WA [98273]
360-707-1815


Kevin S. Ewing, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
kevinewing243@gmail.com
360-661-2484


Timothy Garrison, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
Pacer0701@outlook.com
360-391-0478


Steven Rindal, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
smrindal@gmail.com
360-424-1066


Kathy LaFreniere, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
kathyannelafreniere@gmal.com
360-770-6532


COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 15